UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Alan Markovitz,

    Defendant.
    _____/

Criminal No. 23-20058

Hon. Linda V. Parker

**FILED UNDER SEAL**

## MOTION TO SEAL SENTENCING MEMORANDUM

The United States of America, by its undersigned attorneys, respectfully requests that the Motion and Order to Seal Sentencing Memorandum, as well as this motion be sealed until further Order of the Court because information contained in the Memorandum is sensitive in nature.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Karen Reynolds*_____
Karen Reynolds
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226

karen.reynolds@usdoj.gov
(313) 226-9672

Dated: August 17, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Alan Markovitz,

    Defendant.

_____/

Criminal No. 23-20058

Hon. Linda V. Parker

## ORDER TO SEAL

The government having moved to seal Motion and Order to Seal Sentencing Memorandum and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the Motion and Order to Seal Sentencing Memorandum, as well as the motion to seal this order be sealed until further Order of the Court.

    s/ Linda V. Parker
    LINDA V. PARKER
    U.S. DISTRICT JUDGE

Dated: August 17, 2023