UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                            Civil No. 23-cr-20058

v.                                             Honorable: Linda V. Parker

Alan Markovitz,

        Defendant.
_____/

## STIPULATED ORDER ALLOWING DEFENDANT TO TRAVEL DURING HIS TERM OF SUPERVISED RELEASE

This matter having come before the Court upon Defendant Alan Markovitz's ("Markovitz") request to allow Defendant's travel to the Bahamas between September 1, 2023 and September 5, 2023, during his term of Supervised Release and the Government having no objection to the request, the Court having sentenced Defendant Markovitz on August 30, 2023, to a term of one year of supervised release and the Court being advised that Defendant had a pre-planned trip out of the country, and the Court being otherwise fully advised in the premises and aware of all the facts relevant to this request;

{H1023363.1}

IT IS HEREBY ORDERED that Defendant Markovitz shall be allowed to travel outside the continental United States between the dates of September 1, 2023 and September 5, 2023.

IT IS FURTHER ORDERED that upon his return to the continental United States, Markovitz will be subject to the supervision of his Supervised Release Officer in Florida, and shall report for intake, and that all conditions imposed pursuant to this Court's sentence will remain in effect until further Order of the Court.

**IT IS SO ORDERED:**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 31, 2023

Agreed as to form and substance:

| /s/ Karen Reynolds (with consent) | /s/ Walter J. Piszczatowski |
|---|---|
| KAREN REYNOLDS | WALTER J. PISZCZATOWSKI |
| Assistant United States Attorney | Attorney for Defendant |
| 211 W. Fort St., Ste. 2001 | 1760 S Telegraph Rd Ste 300 |
| Detroit, MI 48226 | Bloomfield Hills, MI 48302-0183 |
| (313) 226-9672 | (248) 335-5000 |
| karen.reynolds@usdoj.gov | wallyp@hertzschram.com |
| [P31029] | [P27158] |
| Dated: August 31, 2023 | Dated: August 31, 2023 |